# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

**FILED**
VANESSA L. ARMSTRONG, CLERK

SEP 17 2020

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

Jeremy Ray Wicks
_____

(Full name of the Plaintiff(s) in this action)

v.

H.C.D.C.
H.C.D.C. Medical staff
Matthew Johnson
_____

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 4:20-CV-158-JHM
(To be supplied by the clerk)

( ) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) **Plaintiff(s)**. Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Jeremy Ray Wicks

Place of Confinement: Hopkins County D.C.

Address: 2250 Laffoon Trail, Madisonville, Ky. 42431

Status of Plaintiff: CONVICTED ( ) PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(B) **Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant Hopkins County Detention Center is employed as Corrections facility at 2250 Laffoon Trail.

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(2) Defendant H.C.D.C. Medical Staff is employed as Medical staff at 2250 Laffoon Trail.

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(3) Defendant Matthew Johnson is employed as Site physician at Hopkins County D.C.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

2

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (__) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

I keep being refused Medical Treatment. I have had a medical condition, I'm cramming Acid reflux, for many years. Every time I come to jail it gets worse, and the medical staff here does nothing for me except confiscate all of my commissary, keep me in a dry cell and classify me as being on medical observation. The only help offered is being told that anti-Acid is sold on the commissary. I am tired of taking pills, and eating antacids, I want the problem fixed.

Also they do not sell care packs with such medicine as Acid-reflux medication in them. The only person who will help me with things in here is a paranoid, Jealous old lady, who doesn't believe I will spend money on things I need, so therefore won't send me money, only order me care packs. Yes she claims because she doesn't want me buying stuff I don't need, but lets face it, its a thing of control. Just like the people here at this jail. They all only want me to have, what THEY WANT ME TO HAVE!

4

## III. STATEMENT OF CLAIM(S) continued

I had a medical procedure scheduled called an "Endoscopy" But I couldn't get anyone to take me to, or pick me up from the procedure, so it was cancelled. In here the medical department keeps saying that they don't usually schedule procedures like that. And I will have to have it done when I get released or transferred to a different facility. I cannot afford bond, and the court proceedings have barely even started. These charges could take years to be finalized, and this facility won't transfer me to another facility in order to get my medical problems taken care of, until after sentencing.

I am in constant pain. I threw up blood several times a week. The commissary that I had, that was preventing me from losing weight has been taken away from me. The meals could all contain ydeast. I know it makes pain worse.

Medical staff does nothing. Medical observation consists of the nurse walking by my cell and refusing to even speak to me when she walks by. I am not being helped, they are doing this as additional punishment for repeatedly turning in sick calls. Taking food that I can eat, and forcing me to have to eat the provided food that causes me pain is cruel and unusual punishment. Not medical treatment!!!!

5

IV.  RELIEF

State exactly what you want the Court to do for you.  (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.)  The Plaintiff(s) want(s) the Court to:

\_\_\_\_ award money damages in the amount of $ _100,000_

\_\_\_\_ grant injunctive relief by _re-imbursed_; _I want all of my commissary replaced or Everything that has been sent to me or purchased during my time here. And I want to see a real doctor_

\_\_\_\_ award punitive damages in the amount of $ _100,000_

\_\_\_\_ other: _Real medical treatment Not just "observation" or being referred to the Jail commissary. To be transferred to a facility that really does provide medical attention, Education, recreation and religious services, not as is now just_

V.  DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This _16_ day of _July_, 20_20_

_Jeremy R. Wilks_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6

Relief Continued.

The commissary should provide a service where all Items sold on commissary can be purchased and sent to inmates as care packages, not just the pre-made care packs that are offered.

Our family and friends should be able to look through the entire inventory and customize their own individual care packs to be sent to their loved ones.

That way medications needed, or inmate specific items can be ordered and sent to inmates, not just care packs made up of things the commissary company needs to sell the most for that week.

Jeremy R. Wicks

I want all items that were confiscated from me during the time of my medical observation to be replaced.

Everything that I had opened, such as Boxes of crackers, Bags of coffee, things that were re-sealable was all disposed of. I want everything replaced!!! Several hundred dollars worth of commissary.

If I am awarded any money due to my worsening medical condition I would like for a bank account to be opened for me, all money placed in that account and only an agreed upon amount sent to me weekly, Bi-weekly, or monthly.

Thank you

Jeremy R. Wicks







COMMONWEALTH OF KENTUCKY
**DEPARTMENT OF PUBLIC ADVOCACY**
487 Frankfort Road, Suite 2
Shelbyville, Kentucky 40065

Clerk's Office
423 Frederica Street, Suite 126
Owensboro, KY 42301-3013